UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DANIEL TANNER,

**Plaintiff,**

v.                                                Civil No. 07-1422-TC

STUART SANDOR, et al.

**Defendants.**

# ORDER AND FINDINGS AND RECOMMENDATION

The Postal Service returned an envelope addressed to the plaintiff at his last known address. Plaintiff has failed to keep the court informed of his current address.

Plaintiff shall have 30 days from the date of this order to file a notice of change of address.

If the plaintiff fails to file a timely notice of change of address, this action should be dismissed for want of prosecution.

Dated: October 9, 2007.

United States Magistrate Judge

**ORDER AND FINDINGS AND RECOMMENDATION**